Case 4:21-cv-03369   Document 42   Filed on 11/13/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE<br>McDERMOTT INTERNATIONAL<br>INCORPORATED | § § § § | Adversary No. H-20-03309 |
| -------------------------------------- | § § | |
| MICHAEL VAN DEELEN | § § § | Civil Action No.<br>H-21-3369 |
| v. | § § | |
| DAVID DICKSON, STUART SPENCE<br>SCOTT LAMB, 10 JOHN/JANE DOES | § § | |

## ORDER

Michael Van Deelen sued several current and former employees of McDermott International, Inc. in state court prior to McDermott filing for bankruptcy. The case was removed to the United States Bankruptcy Court for the Southern District of Texas which dismissed Van Deelen's complaint for failing to state a claim. Van Deelen appealed to this Court which affirmed the bankruptcy court's decision. Van Deelen appealed to the United States Court of Appeals for the Fifth Circuit who subsequently remanded the case to this Court with instructions to remand the case to the bankruptcy court for supplemental fact-finding and conclusions of law. *See* Doc. No. 41. Based on the instructions from the Fifth Circuit Court of Appeals, it is accordingly

**ORDERED** that this case is **REMANDED** to the United States Bankruptcy Court for the Southern District of Texas for further findings as instructed by the Fifth Circuit.

SIGNED this 13th day of November 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE