IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-30336 |
| MCDERMOTT INTERNATIONAL, INC., *et al.*, | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| MICHAEL VAN DEELEN, | § | |
| Plaintiff, | § | |
| VS. | § | ADVERSARY NO. 20-3309 |
| DAVID DICKSON, *et al.*, | § | |
| Defendants. | § | |

**ORDER DIRECTING CLERK TO CLOSE THIS ADVERSARY PROCEEDING**

On March 18, 2025, the remaining parties to this adversary proceeding filed a Stipulation of Dismissal with Prejudice of this adversary proceeding. The dismissal was filed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

A stipulation made under Rule 41(a)(1)(A)(ii) is effective without a court order.

On March 25, 2025, at ECF No. 121, Michael Van Deelen filed a Stipulation of Dismissal with Prejudice of this adversary proceeding clarifying that the dismissal with prejudice included Defendant Josh Sussberg, who had previously been dismissed from this adversary proceeding.

On April 1, 2025, Mr. Van Deelen requested that the Court set a hearing on whether he consented to the Court's jurisdiction. The dismissal of this adversary proceeding leaves no matters for resolution by this Court.

This adversary proceeding was dismissed by operation of law. The Clerk is directed to administratively close this adversary proceeding. All pending hearings are canceled. Mr. Van Deelen's request for a further hearing is moot.

SIGNED 04/02/2025

_____
Marvin Isgur
United States Bankruptcy Judge